UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

United States of America
Plaintiff

v.

Tiffany L. Barragan
Defendant

Case No. 2:17cr138

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

(Designate by Number or Letter)

Pltf. Exhibit:
All Government bond hearing exhibits entered into evidence at the Hearing held 6/28/2019, and Bond Revocation Hearing on 9/9/2019.

Deft. Exhibit:

Dated: 1/17/2023

_NICK PADILLA_
_AUSA_
Name

Street Address

City   State   Zip Code

Telephone No.